UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Francis Scott Hunt, et al.,

                  Plaintiff(s),                  06-cv-170 (PKC)

          -against-

Enzo Biochem, Inc., et al.,

                  Defendant(s).

_____

Ken Roberts,

                  Plaintiff(s),                  06-cv-213 (PKC)

          -against-

Enzo Biochem, Inc., et al.,

                  Defendant(s).

_____

Paul Lewicki,

                  Plaintiff(s),                  06-cv-6347 (PKC)

          -against-

Enzo Biochem, Inc., et al.,

                  Defendant(s).                  ORDER

_____

CASTEL, U.S.D.J.

        In 06-cv-170 (PKC), there were only two sealed documents:  Doc. 43 and Doc. 139.  Doc. 43 was filed on January 11, 2007 and was destroyed on March 4, 2015 because it was not retrieved by the party who filed it 30 days after notice.  Doc. 139, filed August 9, 2011, was retrieved by the party who sought sealing on May 4, 2015.

        In 06-cv-213 (PKC), there were no sealed documents.

        In 06-cv-6347 (PKC), there was one seal document, Doc. 7 filed January 8, 2007.  Mr. Glazer filed his request to unseal on August 18, 2020 and no response or objection has ben received.

        The Court orders the Clerk to unseal Doc. 7 in 06-cv-6347.

        SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        September 16, 2020