UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FRANCIS SCOTT HUNT, et al.,

                Plaintiffs,                06-cv-170 (PKC)
                                              06-cv-213 (PKC)
                                              06-cv-6347 (PKC)

           -against-                                <u>ORDER</u>

ENZO BIOCHEM, INC., et. al.,

                Defendants.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Orders of September 16, 2020 in Nos. 06-cv-170 (Doc. 166), 06-cv-213 (Doc. 117), and 06-cv-6347 (Doc. 82) are VACATED.  Enzo Biochem may respond in 14 days.  Movant may reply 7 days thereafter.

        SO ORDERED.

                                                                                   *P. Kevin Castel*
                                                         P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
           September 18, 2020